UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 1:06-CR-112-003 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| JENNIFER JEWEL HENSON ) | |

**O R D E R**

On April 17, 2007, United States Magistrate Judge William B. Mitchell Carter held a plea hearing in this case and filed a Report and Recommendation ("R&R"). The R&R recommends (1) the Court accept the defendant's guilty plea as to Count One of the Indictment; (2) the Court adjudicate the defendant guilty of the charges on Count One; (3) the Court accept the defendant's plea agreement at the time of sentencing; and (4) the defendant remain on bond under the current bond conditions until sentencing (Court File No. 61).

Neither party has filed an objection to the R&R within the given ten days. Therefore, after reviewing the record, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 61) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** as follows:

(1) The defendant's guilty plea as to Count One of the Indictment is **ACCEPTED**;

(2) The defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(3) A decision to accept the plea agreement is **DEFERRED** until sentencing; and

(4) The defendant **SHALL REMAIN** released on bond under her current conditions until sentencing in this matter. Sentencing is set for **Thursday, July 26, 2007, at 9:00 a.m.**

**SO ORDERED.**

**ENTER:**

                                          **/s/** _____
                                          **CURTIS L. COLLIER**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**